IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. Daniel R. LaPointe    Criminal Action No. 08-cr-00143-PAB-01

## Petition for Early Termination of Probation

COMES NOW, Pete Stein, probation officer of the court, presenting an official report upon the conduct and attitude of Daniel R. LaPointe, who was placed on supervision by the Honorable D. Brock Hornby sitting in the court at Portland, Maine, on the 10th day of April, 2007, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1)  Defendant shall provide the probation officer with access to any requested financial information.
2)  Defendant shall report to the supervising probation officer any unanticipated financial gains such as income tax returns, lottery winnings, judgments or any other unexpected financial gains. The defendant shall apply those monies to any outstanding court ordered financial obligations.
3)  Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
4)  Defendant shall abstain from the use of alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without permission from the probation officer or a prescription from a licensed physician.
5)  Defendant shall have no communication or contact with any of the witnesses in this case.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from probation and the proceedings in the case be terminated.

Respectfully,

s/ Pete Stein
Pete Stein
U.S. Probation Officer
Place: Denver, Colorado
Date: December 8, 2008

## ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 8th day of December, 2008.

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge