# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00143-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL R. LaPOINTE,

    Defendant.

---

## ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE

---

On December 8, 2008, the probation officer submitted a petition for early termination of probation in this case. On December 8, 2008, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on December 10, 2008, and the United States has not objected to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 11th day of December, 2008.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge